# Knuckles Komosinski & Manfro LLP

565 Taxter Road, Suite 590 | Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro

**Sara A. Coletti**
*Associate Attorney*
(914) 345-3020, ext. 331
sat@kkmllp.com

July 12, 2018

**VIA ECF**
Chief Judge Carla E. Craig
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

        Re:    In re: Marie F Brezault
              Case No: 18-42342-cec

Dear Chief Judge Carla E. Craig:

As you may recall, this office represents the interests of MTGLQ Investors, LP, a secured creditor, in the above-referenced matter.

Please allow this letter to serve as a loss mitigation status update.

On June 11, 2018, a Loss Mitigation Order was entered by this Court. On June 13, 2018, our office filed the Creditor Loss Mitigation Affidavit with Loss Mitigation package. As of the filing of this letter, our office has not received any documents from Debtor's counsel.

Accordingly, our office will respectfully request termination of Loss Mitigation at the hearing scheduled for July 17, 2018.

Should you have any questions, please do not hesitate to contact me.

        Respectfully,
        **Knuckles, Komosinski & Manfro, LLP**

        Sara A. Coletti, Esq.
        Counsel for MTGLQ Investors, LP

CC:    All counsel - VIA ECF